CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

BENJAMIN WITTES
_____
        Plaintiff(s)

                                                  Civil Action No. _18-390_____

        vs.

UNITED STATES DEPARTMENT OF STATE
_____
        Defendant(s)

## AFFIDAVIT OF MAILING

I, _Jonathan de Jong_____, hereby state that:

On the _26th_____ day of _February_____, _2018____, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

      Jeff Sessions
      United States Attorney General
      U.S. Department of Justice
      950 Pennsylvania Avenue NW
      Washington, DC 20530

      I have received the receipt for the certified mail, No. _70163010000022026826_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the _2nd_____ day of _March_____, _2018___.

      I declare under penalty of perjury that the foregoing is true and correct.

_____March 13, 2018_____                _____s/ Jonathan de Jong_____

        (Date)                                (Signature)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BENJAMIN WITTES

            Plaintiff,

     v.

UNITED STATES DEPARTMENT OF STATE
          Defendant.

Civil Action No.: 18-390

### AFFIDAVIT OF MAILING

I, Jonathan de Jong, hereby state that:

On the 26th day of February, 2018, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

United States Department of State
2201 C Street NW
Washington, D.C. 20520

I am attaching the tracking information for the certified mail, No. 70163010000022026802, indicating that delivery of the summons and complaint was made upon said defendant on the 2nd day of March, 2018.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: March 15, 2018                          s/ Jonathan de Jong

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

BENJAMIN WITTES
_____
      Plaintiff(s)

Civil Action No. 18-390 _____

   vs.

UNITED STATES DEPARTMENT OF STATE
_____
      Defendant(s)

### AFFIDAVIT OF MAILING

I, Jonathan de Jong _____, hereby state that:

On the 26 day of February _____, 2018 , I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

U.S. Attorney for the District of Columbia
Attn.: Civil Process Clerk
555 4th Street NW
Washington, DC 20530

I have received the receipt for the certified mail, No. 70163010000022026833 _____ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 2nd day of March _____, 2018 .

I declare under penalty of perjury that the foregoing is true and correct.

March 13, 2018 _____       s/ Jonathan de Jong _____

       (Date)                        (Signature)

# USPS Tracking®

Track Another Package  +

Tracking Number: 70163010000022026826

Remove ✕

**Expected Delivery on**

## FRIDAY
# 2
MARCH 2018 ⓘ   by   **8:00pm** ⓘ

⊘ **Delivered**

March 2, 2018 at 6:26 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

---

**Text & Email Updates**

---

**Tracking History**

**March 2, 2018, 6:26 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 6:26 am on March 2, 2018 in WASHINGTON, DC 20530.

**March 1, 2018, 1:09 pm**
Available for Pickup
WASHINGTON, DC 20530

**March 1, 2018, 12:42 pm**
Arrived at Unit
WASHINGTON, DC 20018

**March 1, 2018**
In Transit to Next Facility

**February 28, 2018**
In Transit to Next Facility

**February 27, 2018**
In Transit to Next Facility

**February 26, 2018, 11:10 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

---

**Product Information**   ⌄

---

**SENDER: *COMPLETE THIS SECTION***

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeff Sessions
United States Attorney General
US Dept. of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 2546 6306 7900 33

2. Article Number *(Transfer from service label)*

7016 3010 0000 2202 6826

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Emily Gann_    ☐ Agent
                  ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
MAR 0 5 2018

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# USPS Tracking®

Track Another Package **+**

**Tracking Number:** 70163010000022026802

Remove ✕

**Expected Delivery on**

**FRIDAY**

**2** MARCH 2018 ⓘ

by
**8:00pm** ⓘ

✓ **Delivered**

March 2, 2018 at 6:32 am
Delivered
WASHINGTON, DC 20520

Get Updates ⌄

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌃ |
|---|---|

**March 2, 2018, 6:32 am**
Delivered
WASHINGTON, DC 20520
Your item was delivered at 6:32 am on March 2, 2018 in WASHINGTON, DC 20520.

**March 1, 2018, 12:55 pm**
Available for Pickup
WASHINGTON, DC 20521

**March 1, 2018, 12:34 pm**
Arrived at Unit
WASHINGTON, DC 20018

**March 1, 2018**
In Transit to Next Facility

**February 28, 2018**
In Transit to Next Facility

**February 27, 2018**
In Transit to Next Facility

**February 26, 2018, 11:10 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

| Product Information | ⌄ |
|---|---|

How can I help you?

# USPS Tracking®

## Track Another Package ✛

**Tracking Number:** 70163010000022026833

Remove ✕

**Expected Delivery on**

**FRIDAY**

**2** MARCH 2018 ⓘ   by   **8:00pm** ⓘ

✓ **Delivered**

March 2, 2018 at 6:26 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

---

**Text & Email Updates**

---

**Tracking History**

**March 2, 2018, 6:26 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 6:26 am on March 2, 2018 in WASHINGTON, DC 20530.

**March 1, 2018, 1:09 pm**
Available for Pickup
WASHINGTON, DC 20530

**March 1, 2018, 12:43 pm**
Arrived at Unit
WASHINGTON, DC 20018

**March 1, 2018**
In Transit to Next Facility

**February 28, 2018**
In Transit to Next Facility

**February 27, 2018**
In Transit to Next Facility

**February 26, 2018, 11:10 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

---

**Product Information**

How can I help you? ⌄



SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney for the District of Columbia
Attn: Civil Process Clerk
555 4th Street NW
Washington, DC 20530

9590 9402 2546 6306 7900 19

2. Article Number (Transfer from service label)
7016 3010 0000 2202 6833

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
MAR 05 2018
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt