**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BENJAMIN WITTES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 18-00390 (EGS) |
| ) | |
| UNITED STATES DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, by and through undersigned counsel, moves pursuant to Federal Rule of Civil Procedure 6(b)(1) for an enlargement of time of thirty (30) days, until May 2, 2018, to answer or otherwise respond to the Complaint in this matter, and as grounds for this motion, states as follows.

1. This action under the Freedom of Information Act was filed on or about February 21, 2018. ECF No. 1. Defendant's current deadline to answer or otherwise respond to the Complaint is April 2, 2018. ECF No. 4.

2. Undersigned counsel is currently scheduled to be out of the office and unavailable from March 24, 2018, to April 1, 2018. Furthermore, at this time agency counsel is still in the process of researching the applicable FOIA request, drafting a proposed answer, and providing undersigned counsel with a litigation report.

3. In accordance with Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff's counsel about an extension of time, and Plaintiff does not oppose a 30 day extension.

4. This is the first request for extension made by Defendant with respect to its deadline to respond to the Complaint and is not intended for delay or obstruction. Plaintiff will not be prejudiced by the extension of time.

5. A proposed order is attached.

Dated: March 23, 2018          Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar #472845

DANIEL VAN HORN
Chief, Civil Division
D.C. Bar #924092

By:   /s/ Jason T. Cohen
JASON T. COHEN
ME Bar #004465
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2523
Fax: (202) 252-2599
Email: jason.cohen@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENJAMIN WITTES, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES DEPARTMENT OF STATE, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 18-00390 (EGS) |

## **ORDER**

Based upon consideration of Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint, and for good cause shown, it is hereby ORDERED that:

1. Defendant's Motion is GRANTED;

2. The deadline for Defendant to file its Answer or to otherwise respond to the Complaint is extended to May 2, 2018.

SO ORDERED this \_\_\_\_\_ day of March, 2018.

_____
JUDGE EMMET G. SULLIVAN