# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENJAMIN WITTES, | ) |
|       Plaintiff, | ) |
| vs. | ) Civil Action No. 18-00390 (EGS) |
| UNITED STATES DEPARTMENT OF STATE, | ) |
|       Defendant. | ) |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, United States Department of State ("Defendant"), by and through undersigned counsel, respectfully submits the following Answer to Plaintiff's Complaint (ECF No. 1, filed on February 21, 2018), and states as follows:

## DEFENSES

1. As to some or all of the claims asserted in this action, Plaintiff has failed to state a claim upon which relief can be granted.

2. Plaintiff is not entitled to compel production of records exempt from disclosure by one or more exemptions to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

3. Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses contained in this answer as the facts and circumstances giving rise to the Complaint become known to it through the course of the litigation.

## DEFENDANT'S RESPONSES TO THE NUMBERED PARAGRAPHS

Defendant denies all allegations in the Complaint, including the relief sought, except as specifically admitted in this Answer. Defendant responds as follows:

1. This paragraph is a characterization of plaintiff's lawsuit to which no response is required. To the extent a response is deemed required, Defendant denies the allegations, except to admit that Plaintiff's lawsuit was filed pursuant to the FOIA and to respectfully refer the Court to 5 U.S.C. § 552 for a full and accurate statement of the statute's contents.

2. This paragraph is a characterization of Plaintiff's lawsuit to which no response is required.

3. Defendant admits that Plaintiff submitted a FOIA request to the Department of State dated May 16, 2017. Defendant admits that it acknowledged receipt of the request on June 6, 2017. Defendant admits that as of the date of the Complaint it had not produced documents or issued a final response to Plaintiff's FOIA request. The remainder of this paragraph contains conclusions of law to which no response is required.

4. This paragraph consists of conclusions of law regarding jurisdiction to which no response is required.

5. This paragraph consists of conclusions of law regarding venue to which no response is required.

6. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

7. Defendant admits that the Department of State is a federal agency within the meaning of the FOIA statute and is headquartered in Washington, D.C.

8.-12. The allegations contained in these paragraphs are immaterial to the adjudication of Plaintiff's FOIA claims and do not set forth grounds upon which Plaintiff is entitled to relief. Thus, no answer is required.

13. Defendant admits that Mr. Wittes submitted a FOIA request dated May 16, 2017, but respectfully refers the Court to the request itself, at Exhibit A of the Complaint, for the full and accurate contents of that request.

14. Defendant respectfully refers the Court to the request itself, at Exhibit A of the Complaint, for the full and accurate contents of that request.

15. Defendant admits that Mr. Wittes requested a fee waiver in his May 16, 2017, FOIA request but respectfully refers the Court to the request itself, at Exhibit A of the Complaint, for the full and accurate contents of the fee waiver request.

16. Defendant admits that the Department of State received Mr. Wittes's FOIA request and assigned it case number F-2017-12470.

17. This paragraph consists of arguments and conclusions of law, not allegations of fact, to which no response is required.

18. Defendant admits that as of the date of the Complaint it had not produced documents or issued a final response to Plaintiff's FOIA request.

19. Admitted.

20. This paragraph consists of argument and conclusions of law, not allegations of fact, to which no response is required.  To the extent a response is deemed necessary, denied.

21. Defendant answers and incorporates by reference its responses to paragraphs 1-20 above.

22. Denied.  Defendant avers that it acknowledged Plaintiff's FOIA request and that as of the date of the Complaint it had not produced documents or issued a final response to Plaintiff.

23. This paragraph consists of argument and conclusions of law, not allegations of fact, to which no response is required. To the extent a response is deemed necessary, denied.

24. Defendant answers and incorporates by reference it responses to paragraphs 1-23 above.

25. This paragraph consists of argument and conclusions of law, not allegations of fact, to which no response is required. To the extent a response is deemed necessary, denied.

26. This paragraph consists of argument and conclusions of law, not allegations of fact, to which no response is required. To the extent a response is deemed necessary, denied.

The remaining paragraphs of the Complaint, including subparagraphs A through C, consist of Plaintiff's requests for relief that require no answer. To the extent that a response is deemed necessary, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

WHEREFORE, having fully answered, Defendant requests that this action be dismissed with prejudice and that the Court grant such other and further relief as may be deemed appropriate.

Dated: May 2, 2018                    Respectfully submitted,

                                             JESSIE K. LIU
                                             United States Attorney
                                             D.C. Bar #472845

                                             DANIEL VAN HORN
                                             Chief, Civil Division
                                             D.C. Bar #924092

                             By:    */s/ Jason T. Cohen*
                                             JASON T. COHEN
                                             ME Bar #004465
                                             Assistant United States Attorney
                                             Civil Division
                                             555 Fourth St., N.W.

                                                          Washington, D.C. 20530
                                                          Phone: (202) 252-2523
                                                          Fax: (202) 252-2599
                                                          Email: jason.cohen@usdoj.gov