**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BENJAMIN WITTES,             )<br>                                              )<br>           Plaintiff,                    )<br>                                              )<br>      vs.                                   )<br>                                              )<br>UNITED STATES DEPARTMENT OF STATE,   )<br>                                              )<br>           Defendant.                 )<br>_____  ) | Civil Action No. 18-00390 (EGS) |

## JOINT STATUS REPORT

Plaintiff, Benjamin Wittes, and Defendant, the United States Department of State ("State"), submit this Joint Status Report in accordance with the Court's June 13, 2018, Minute Order.

The parties discussed the seven issues set forth in the Court's Minute Order, as follows:

**(1) The status of plaintiff's FOIA request:**

State has commenced a search for responsive records and that search is underway. State anticipates that it will complete its initial search by the end of July.

**(2) The anticipated number of documents responsive to plaintiff's FOIA request:**

As noted above, State's search for responsive records is ongoing. To date, State has preliminary identified over 300 potentially responsive records. This amount is likely to increase as searches are completed.

**(3) The anticipated date(s) for release of documents responsive to plaintiff's FOIA request:**

State estimates it will make an initial production of responsive, non-exempt records by August 13, 2018, and continue with rolling productions on a monthly basis thereafter.

**(4) Whether a motion for an Open America stay is likely in this case:**

State does not believe an Open America stay is likely in this case.

**(5) Whether a Vaughn index will be required in this case:**

It is too early to determine whether a Vaughn index will be required in this case.

**(6) Whether this case would benefit from referral to a magistrate judge or the District Court Mediation Program for purposes of settlement:**

The parties do not believe that this case will benefit from referral to a magistrate judge or mediation.

**(7) A proposed briefing schedule for dispositive motions, if applicable:**

The parties agree that it is premature to set a briefing schedule at this time.

Therefore, the parties propose to file a further Joint Status Report on or before August 17, 2018.

Dated:  July 12, 2018

*s/ Robert D. Friedman*
Robert D. Friedman, D.C. Bar #1046738
Institute for Constitutional Advocacy and Protection
Georgetown University Law Center
600 New Jersey Ave., NW
Washington, D.C. 20001
(202) 662-9042
rdf34@georgetown.edu

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:  _____/s/_____

JASON T. COHEN
ME Bar #004465
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2523
E-mail: Jason.Cohen@usdoj.gov

*Counsel for Defendant*