**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BENJAMIN WITTES,                          )<br>                                                          )<br>            Plaintiff,                           )<br>                                                          )<br>      vs.                                             )<br>                                                          )<br>UNITED STATES DEPARTMENT OF STATE, )<br>                                                          )<br>            Defendant.                        )<br>_____)   | Civil Action No. 18-00390 (EGS) |

**JOINT STATUS REPORT**

Plaintiff, Benjamin Wittes, and Defendant, the United States Department of State ("State"), submit this Joint Status Report in accordance with the Court's July 16, 2018 Minute Order.

The parties discussed the seven issues set forth in the Court's Minute Order, as follows:

**(1) The status of plaintiff's FOIA request:**

State has commenced a search for responsive records and that search is ongoing. The parties have agreed that State need not produce documents already made public through a separate FOIA request that addresses some of the same subject matter as Plaintiff's FOIA request. To date, State has produced 11 pages of responsive documents to Plaintiff.

**(2) The anticipated number of documents responsive to plaintiff's FOIA request:**

As noted above, State's search for responsive records is ongoing. To date, State is aware of approximately 30 additional potentially responsive records. This amount may increase as searches are completed.

**(3) The anticipated date(s) for release of documents responsive to plaintiff's FOIA request:**

State will make its second production of responsive, non-exempt records by September 13, 2018, and continue with rolling productions on a monthly basis thereafter.

**(4) Whether a motion for an *Open America* stay is likely in this case:**

State does not believe an *Open America* stay is likely in this case.

**(5) Whether a *Vaughn* index will be required in this case:**

It is too early to determine whether a *Vaughn* index will be required in this case.

**(6) Whether this case would benefit from referral to a magistrate judge or the District Court Mediation Program for purposes of settlement:**

The parties do not believe that this case will benefit from referral to a magistrate judge or mediation.

**(7) A proposed briefing schedule for dispositive motions, if applicable:**

Plaintiff proposes that the Court set a deadline of October 29, 2018, for summary judgment motions, with opposition briefs due November 19, and reply briefs due December 3. Plaintiff submits that this schedule is appropriate given that (1) Plaintiff filed his original FOIA request in May 2017 and filed this suit in February 2018; and (2) State has identified only 30 additional potentially responsive records that require agency review.

State contends that it is premature to set a briefing schedule at this time.

Dated: August 17, 2018

                                            *s/ Robert D. Friedman*
                                            Robert D. Friedman, D.C. Bar #1046738
                                            Institute for Constitutional Advocacy and Protection
                                            Georgetown University Law Center
                                            600 New Jersey Ave., NW
                                            Washington, D.C. 20001
                                            (202) 662-9042

rdf34@georgetown.edu

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: \_\_\_\_\_*/s/*_____
JASON T. COHEN
ME Bar #004465
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2523
E-mail: Jason.Cohen@usdoj.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of August, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System, which will automatically send email notification of such filing to all attorneys of record.

s/ Robert D. Friedman