# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BENJAMIN WITTES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 18-00390 (EGS) |
| ) | |
| UNITED STATES DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STATUS REPORT

Plaintiff, Benjamin Wittes, and Defendant, the United States Department of State ("State"), submit this Joint Status Report in accordance with the Court's August 21, 2018, Minute Order.

The parties agreed that State need not produce documents already made public through a separate FOIA request that addresses some of the same subject matter as Plaintiff's FOIA request. On September 12, State produced 69 pages of responsive documents to Plaintiff. State has identified approximately 19 additional potentially responsive records. State will make its third and final production of responsive, non-exempt records by October 15, 2018. The parties will submit a joint status report proposing a briefing schedule, if one is necessary, on October 22, 2018.

Dated: September 17, 2018

*s/ Robert D. Friedman*
Robert D. Friedman, D.C. Bar #1046738
Institute for Constitutional Advocacy and Protection
Georgetown University Law Center
600 New Jersey Ave., NW
Washington, D.C. 20001
(202) 662-9042
rdf34@georgetown.edu
*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: _____/s/_____
JASON T. COHEN
ME Bar #004465
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2523
E-mail: Jason.Cohen@usdoj.gov

*Counsel for Defendant*