**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BENJAMIN WITTES, )<br>)<br>  Plaintiff, )<br>)<br>  vs. )<br>)<br>UNITED STATES DEPARTMENT OF STATE, )<br>)<br>  Defendant. )<br>_____ ) | Civil Action No. 18-00390 (EGS) |

## JOINT STATUS REPORT

Plaintiff, Benjamin Wittes, and Defendant, the United States Department of State ("State"), submit this Joint Status Report in accordance with the Court's September 18, 2018 Minute Order.

On October 15, 2018, State made its third and final production of responsive, non-exempt records. The parties now propose the following schedule for summary judgment briefing:

- Defendant's Motion for Summary Judgment shall be due on November 21, 2018;

- Plaintiff's Opposition to Defendant's Motion and Plaintiff's Cross-Motion for Summary Judgment shall be due on December 21, 2018;

- Defendant's Reply in Support of Its Motion and Opposition to Plaintiff's Cross-Motion shall be due on January 24, 2019; and

- Plaintiff's Reply in Support of Its Motion shall be due on February 14, 2019.

Dated: October 22, 2018

*s/ Robert D. Friedman*
Robert D. Friedman, D.C. Bar #1046738
Institute for Constitutional Advocacy and Protection
Georgetown University Law Center
600 New Jersey Ave., NW
Washington, D.C. 20001

1

(202) 662-9042
rdf34@georgetown.edu

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: _____/s/_____
JASON T. COHEN
ME Bar #004465
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2523
E-mail: Jason.Cohen@usdoj.gov

*Counsel for Defendant*